**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 03-6164**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS HOUSER, a/k/a Robert Joiner, a/k/a
Thomas Gross, a/k/a Edward Kingman, a/k/a
Tommy King, a/k/a Thomas King, a/k/a Ian
Hopkins, a/k/a Tim Hopkins, a/k/a Timothy
Hopkins, a/k/a Ian King,

Defendant - Appellant.

—————————

**No. 03-6165**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

THOMAS HOUSER, a/k/a Robert Joiner, a/k/a
Thomas Gross, a/k/a Edward Kingman, a/k/a
Tommy King, a/k/a Thomas King, a/k/a Ian
Hopkins, a/k/a Tim Hopkins, a/k/a Timothy
Hopkins, a/k/a Ian King,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, District Judge.  (CR-01-125, CR-02-36)

Submitted:  April 17, 2003                    Decided:  April 23, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Houser, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Thomas Houser appeals the district court's orders denying his motions for transcripts at the Government's expense and other documents related to his criminal convictions, which he did not appeal following his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Houser, Nos. CR-01-125; CR-02-36 (E.D. Va. Jan. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3